B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

___Central___ District Of ___California___

In re ___Dennis M Wilhide, Jr.___
___Lisa Nanette Wilhide dba L&D's Dessert aka Lisa Gutierrez___, Case No. ___6:21-bk-13959-W___

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MidFirst Bank | LoanDepot.com, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  MidFirst Bank, Bankruptcy Department
  999 NW Grand Boulevard, #110
  Oklahoma City, OK 73118-6077

Phone: 800-654-4566
Last Four Digits of Acct #: 6280

Court Claim # (if known):    11-1
Amount of Claim:    $439,419.55
Date Claim Filed:    08/25/2021

Phone: 855-752-8457
Last Four Digits of Acct. #: 1117

Name and Address where transferee payments should be sent (if different from above):
  MidFirst Bank, Bankruptcy Payments
  999 NW Grand Boulevard, #110
  Oklahoma City, OK 73118-6077

Phone: 800-654-4566
Last Four Digits of Acct #: 6280

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/ Josephine E. Salmon___    Date: 09/19/2021
Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 4375 Jutland Drive, Suite 200  P.O. Box 17933  San Diego, CA 92177-0933

A true and correct copy of the foregoing document entitled (*specify*): Notice of Transfer of Claim will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 20, 2021_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**ATTORNEY FOR DEBTOR:**
Paul Y Lee  court@leelawyer.com

**TRUSTEE:**
Rod Danielson

**U.S. TRUSTEE:**
U.S. Trustee  ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR:**
Dennis M Wilhide, Jr.
1072 Poinsettia Circle
Calimesa, CA 92320


Lisa Nanette Wilhide
1072 Poinsettia Circle
Calimesa, CA 92320

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 16, 2021    OMAR MARKS | /s/ OMAR MARKS |
|---|---|
| *Date*    *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**